**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| **SONOHM LICENSING LLC,**<br><br>                Plaintiff,<br>v.<br><br>**FRY'S ELECTRONICS, INC.,**<br><br>                Defendant. | C.A. NO. 2:19-cv-297<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Sonohm Licensing LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

August 29, 2019
                                          */s/ David R. Bennett*
                                          David R. Bennett
                                          (Admitted E.D. Texas)
                                          (Illinois Bar No. 6244214)
                                          Direction IP Law
                                          P.O. Box 14184
                                          Chicago, IL 60614-0184
                                          (312) 291-1667
                                          dbennett@directionip.com

                                          *Attorneys for Plaintiff Sonohm Licensing LLC*

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on August 29, 2019, via the Court's CM/ECF system.

                                            */s/ David R. Bennett*
                                            David R. Bennett